# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| CARLA NIEKAMP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STATE OF MISSOURI ET AL, )<br>)<br>Defendant. ) | Case Number: 2:20-cv-04075-WJE |

## CLERK'S JUDGMENT

__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x   Decision by Court. This action came before the Court. The issues have been determined and a decision has been made.

    The Motion for Summary Judgment (Doc. 57) is GRANTED. The Motion to Exclude (Doc. 71) is GRANTED IN PART AND DENIED IN PART.

    IT IS, THEREFORE, ORDERED.

                                                      PAIGE WYMORE-WYNN
                                                      Court Clerk

                                                      *Melissa Warren*

ENTERED ON: September 29, 2022                       Deputy Clerk